**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 12 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SERGEY FUZAYLOV on behalf of himself and
all other similarly situated consumers

                        Plaintiff,

-against-

COAST PROFESSIONAL, INC.

                        Defendant.

---

1:17-cv-01085

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to Defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       June 24, 2017

Dated: Philadelphia, PA
       June 24, 2017

/s/ Igor Litvak
Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

/s/ Richard Perr
Richard Perr, Esq.
Attorney for the Defendant
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
Office: (215) 893-9300
Fax: (215) 893-8719
E-mail: rperr@finemanlawfirm.com

The application is _____ granted _____
SO ORDERED

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 10, 2017
     Brooklyn, New York